| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| June 1, 2022 at 9:56:45 AM EDT | 4047303599 | 202 | 5 | Received |

| 4047303599 | USMS | USMS | 09:53:03 a.m. | 06-01-2022 | 1/5 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

<div style="float:right;">
FILED
in the Middle District of
North Carolina
06/02/2022
12:30 p.m.
Clerk, US District Court
By: _____AT_____
</div>

United States of America
v.
MARQUEZ TYRELL HOOKER

Case No. 1:22CR16-2

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARQUEZ TYRELL HOOKER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Mail theft in violation of 18:1708 and 2, Falsely forged and altered money orders in violation of 18:500 and 2, Possession of stolen or reproduced Post Office Department or Postal Service keys or locks with the intent to unlawfully or improperly use in violation of 18:1704 and 2, Make, utter and possess a counterfeit security in violation of 18:513(a) and 2.

The United States Attorney request a dentention hearing.

Date: 04/26/2022

John S. Brubaker, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/31/22, and the person was arrested on *(date)* 6/1/22
at *(city and state)* Jefferson, Ga

Date: 6/1/22

*Arresting officer's signature*

Danielle Burgin / Postal Inspector
*Printed name and title*