IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR16-2 |
| | : | |
| MARQUEZ TYRELL HOOKER | : | |

GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE AND EXCLUSION OF TIME AND BRIEF IN SUPPORT THEREOF

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully moves that the trial of the above-captioned defendant be continued to the September 2022 Criminal Term of Court and the related time be excluded, showing unto the Court the following:

1. A status conference for this matter has been scheduled for August 22, 2022.

2. On August 9, 2022, the undersigned tested positive for Covid-19.

3. On August 21, 2022, the undersigned again tested positive for Covid-19 and continues to have symptoms.

4. Likewise, as reflected in the Joint Status Report filed in this matter, a superseding indictment as to Hooker will go before the Grand Jury in the August 2022 session.

5. The Speedy Trial Act excludes "[a]ny period of delay" at the request of counsel if "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The parties submit that the current unavailability of the undersigned counsel meets this standard.

6. The United States has conferred with counsel for Hooker, who does not object to this motion and joins in respectfully requesting that this case be continued to the September 2022 Criminal Term of Court.

WHEREFORE, the government moves this Court, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the trial of this matter be continued until the September 2022 Criminal Term of Court, and that the Court issue an Order excluding the time between August 21, 2022, and September 12, 2022.

This the 21st day of August, 2022.

                                            SANDRA J. HAIRSTON
                                            United States Attorney

                                            /S/ FRANK J. CHUT, JR.
                                            Assistant United States Attorney
                                            NCSB No.: 17696
                                            United States Attorney's Office
                                            101 S. Edgeworth St., 4th Floor
                                            Greensboro, NC   27401
                                            336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa S. Costner, Esq.

SANDRA J. HAIRSTON
United States Attorney

/s/ FRANK J. CHUT, JR.
Assistant United States Attorney
NCSB No.: 17696
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351