IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SECOND SUPERSEDING |
| --- | --- | --- |
| v. | : | |
| Zarion Nasir Alford | : | 1:22CR16-1 |
| MARQUEZ TYRELL HOOKER | : | 1:22CR16-2 |

The Grand Jury charges:

COUNT ONE

On or about November 7, 2021, in the County of Forsyth, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL HOOKER did unlawfully steal, take, and abstract from and out of a letter box located at 1995 Pleasant Street, Winston-Salem, North Carolina, which is an authorized depository for mail matter, a letter addressed to, BHS US Bank Corp. 2092 Fredrick Douglas Blvd. New York, New York, 10026, containing 4 United States Postal Service Money Orders, each in the amount of $1,000.00 and made payable to US Bank Corp.; in violation of Title 18, United States Code, Sections 1708 and 2.

COUNT TWO

On or about December 4, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL

HOOKER, with intent to defraud, did pass and utter to the United States Postal Service at the Guilford Greensboro Station, Greensboro, North Carolina, as true and genuine, a forged and altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to Zarion Nasir Alford, then well knowing that said money order had been falsely forged and materially altered to be made payable to Zarion Nasir Alford; in violation of Title 18, United States Code, Sections 500 and 2.

## COUNT THREE

On or about December 4, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL HOOKER, with intent to defraud, did pass and utter to Ace Cash Express, 946 E. Bessemer Avenue, Greensboro, North Carolina, as true and genuine, a falsely forged and materially altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to Zarion Nasir Alford, then well knowing that said money order had been falsely forged and materially altered to be made payable to Zarion Nasir Alford; in violation of Title 18, United States Code, Section 500 and 2.

## COUNT FOUR

On or about December 6, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL HOOKER, with intent to defraud, did pass and utter to the United States Postal Service at the Friendly Greensboro Station, Greensboro, North Carolina, as true and genuine, a falsely forged and materially altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $500.00 with the payee falsely forged and materially altered to be payable to Zarion Nasir Alford, then well knowing that said money order had been falsely forged and materially altered to be made payable to MARQUEZ TYRELL HOOKER; in violation of Title 18, United States Code, Sections 500 and 2.

## COUNT FIVE

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL HOOKER did knowingly and unlawfully possess a key suited to locks adopted by the United States Postal Service, that being a United States Postal Service Arrow Key, key number 95 59015, such Arrow Key being suited to locks on United States Postal Service Collection Boxes, with the intent to use that key improperly and unlawfully; in violation of Title 18, United States Code, Sections 1704 and 2.

## COUNT SIX

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYLER HOOKER knowingly received, and unlawfully had in their possession a United States Postal Order in the amount of $1000.00 with the intent to convert to his use and use a falsely forged and materially altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to MARQUEZ TYRELL HOOKER, then well knowing that said money order had been falsely forged and materially altered to be made payable to MARQUEZ TYRELL HOOKER; in violation of Title 18, United States Code, Sections 500 and 2.

## COUNT SEVEN

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL HOOKER did make, utter and possess a counterfeit security of an organization that operated in and engaged in activities affecting interstate commerce, that is, a falsely counterfeited check from Bank of America, N.A., checking account ending in 2087 in the name of C&O Express, Inc in the amount of $7,800.25 and made payable to an individual whose initials are A.R., with the intent to

deceive another person and organization; in violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT EIGHT

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, Zarion Nasir Alford and MARQUEZ TYRELL HOOKER did make, utter and possess a counterfeit security of an organization that operated in and engaged in activities affecting interstate commerce, that is, a falsely counterfeited check from Wells Fargo, N.A., checking account ending in 4622 in the name of an individual whose initials are W.R. in the amount of $7,800.25 and made payable to an individual whose initials are I.I., with the intent to deceive another person and organization; in violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT NINE

On or about the December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, MARQUEZ TYRELL HOOKER did knowingly possess a machinegun, that is, a modified Glock 40 caliber handgun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in this Second Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, 981(a)(1)(C), Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Counts One, Two, Three, Four, Six, Seven, and Eight of this Second Superseding Indictment, the Defendant, MARQUEZ TYRELL HOOKER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, or a conspiracy to commit such offense.

3. Upon conviction of Count Nine, the defendant, MARQUEZ TYRELL HOOKER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

4. The property subject to forfeiture pursuant to paragraphs 2 and 3 above may include, but shall not be limited to, the following:

    a. a money judgment in an amount to be determined, representing the value of the property subject to forfeiture as a result of each such offense;

    b. Glock .40 caliber pistol, serial number BUSF390; and

    c. an extended magazine with 28 rounds of ammunition.

5. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person or entity;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981(a)(1)(C), and 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: August 29, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

FOREPERSON