IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR16-2 |
| | : | |
| MARQUEZ TYRELL HOOKER | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

On December 13, 2021, Greensboro Police Department Officers pulled behind a 2021 Nissan Altima on Randleman Road in Greensboro. The officers noticed that a window on the Altima was cracked open and they detected a strong odor of marihuana emitting from the vehicle. The officers also observed the car driving on the white center line in the road. The Altima then over-corrected back to the left lane.

The officers initiated a traffic stop. The Altima turned onto Florida Street and then onto Ashe Street before coming to a stop. The officers approached the car but could not see into the vehicle due to dark window tinting. The officers instructed the occupants to roll down the windows. An even stronger odor of marihuana then emitted from the vehicle. MARQUEZ

TYLER HOOKER ("Hooker") was the driver of the vehicle. Zarion Alford ("Alford") was seated in the front passenger seat. A third individual was seated in the back of the car. A marihuana blunt cigarette was plainly visible to the officers on the car's console. The officers instructed Hooker to step from the vehicle. He refused and had to be forcibly removed by officers. The officers located three marihuana roaches in the console section of the car. The officers also located a .40 caliber Glock pistol with an extended magazine under the passenger seat where Alford was sitting. A book bag found on the rear passenger floor contained a postal money order in the amount of $1,000 made payable to Hooker.

Alford was also removed from the car. Officers noted that he smelled of marihuana and had been seated next to the marihuana located in the console and in close proximity to the Glock pistol under the passenger seat. Officers arrested Alford for possession of marihuana and possession of a concealed weapon. Upon being searched incident to arrest, officers located a United States Postal Service arrow key in Alford's boxer shorts, $2,666 in cash, a Bank of America check made payable to an individual whose initials are A.R. in the amount of $7,800.25, and a Wells Fargo Check made payable to a person with the initials I.I. in the same amount.

A postal arrow key is a specifically designed key postal employees use to access blue collection boxes collection box units (CBUs) that are normally

2

placed at public locations, such as apartment complexes, and post offices. Arrow keys are master keys that can unlock any blue collection box or other CBU. Arrow keys are subject to strict key accountability: postal employees have to check them out in the morning at their assigned stations before they start their route and then have to return them to the station at the end of the day. Arrow keys can never be taken home and only postal employees (while working) are allowed to be in possession of them. Postal employees are forbidden from selling, trading or counterfeiting Arrow Keys. Each Arrow key has a serial number and is assigned to a specific post office.

Postal Inspectors determined that arrow key 95 59015, found in Alford's underwear, was assigned to the Manor Station Post Office in Winston-Salem, NC. When an arrow key is lost/stolen, it should be reported immediately and entered into the National Crime Information Center as lost/stolen. To date, arrow key 95 59015 has not been listed as lost/stolen. Alford is not a postal employee.

Further investigation found that both of the checks located on Alford's person had been stolen from CBUs which could be opened with arrow key 95 59015 in the Winston-Salem area. One of the checks that was found on Alford was a Wells Fargo check (Check #6600) from the account of an individual whose initials are W.R. and made payable to I.I. in the amount of $7,800.25.

On December 14, 2021, Postal Inspectors contacted W.R., who stated

that he had mailed check #6600 by placing it in a postal collection box at the Healy Drive Post office in Winston-Salem, NC on December 12, 2021. W.R. stated that the check was originally made payable to "North Beach Realty" in the amount of $1,733.50. He does not know Alford or I.I. and never gave Alford any of his check(s). Likewise, the Bank of America (Check #1314) made payable to an individual whose initials are A.R. in the amount of $7,800.25 was stolen from a collection box at the Waughtown Street Post Office. The owner of the check indicated that he did not know Alford or A.R. and that the check had been forged and altered to be made payable to A.R. The postal collection boxes from which these checks had been stolen could be opened with the key found on Alford.

Postal Inspectors also investigated the postal money order found in a colorful, decorated book bag located in the Altima. This postal money order had been altered to be made payable to Hooker. Hooker had previously posted pictures of himself with this book bag on social media. Investigation revealed that this postal money order was one of four purchased by an individual whose initials are A.N., each made payable to US Bank Corp in the amount of $1,000. A.N. mailed the four $1,000 money orders in a postal collection box at Pleasant Street in Winston-Salem on or about November 7, 2021, in an envelope addressed to US Bank Corp. This collection box could be opened with the arrow key in Alford's possession.

4

Postal Inspectors determined that each of the money orders had been altered by Alford and Hooker. Two of the money orders were forged and altered to make Hooker the payee, instead of U.S. Bank Corp. One of the money orders was found during the vehicle search. The other was uttered and passed by Hooker at the Guilford Station Post Office in Greensboro. Alford forged and altered two of the postal money orders to make himself the payee in place of US Bank Corp. for the amount of $1,000.

On or about December 4, 2021, Alford passed one of the four altered money orders to the United States Postal Service at the Guilford Greensboro Station, as a true and genuine postal money order issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000 with the payee falsely forged and materially altered to be payable to himself. As a result of this the United States Post Office paid him $1,000 in cash.

During the search of Hooker's car, officers located a .40 Caliber Glock pistol, serial number BUSF390 underneath the driver's seat. The Glock pistol had an extended magazine capable of accommodating thirty rounds of ammunition. It also had been converted to fire on full automatic by the addition of a "Glock Switch" on the rear of the pistol. The Glock Pistol was examined by agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, who determined that it had travelled in interstate commerce and was a machine

gun capable of firing fully automatic.

After being advised of his rights following the traffic stop on December 13, 2021, Hooker told the officers that the Glock pistol was his and that he had purchased from a store. He claimed that the receipt for the pistol was in the glove box of the car. No such receipt was found in the glove box. In fact, a friend of Hooker's purchased the Glock pistol from an Academy Sports store in Greenville, North Carolina with a standard magazine and without the "Glock Switch." Hooker took possession of the Glock Pistol approximately two weeks prior to being stopped by the police on December 13, 2021. At the time Hooker obtained the Glock pistol, it had not been modified to fire fully automatic. On December 13, 2021, Hooker was aware that the Glock pistol had been modified to fire fully automatic.

This the 30th day of September, 2022.

                Respectfully submitted,

                SANDRA J. HAIRSTON
                United States Attorney

                /S/ FRANK J. CHUT, JR.
                Assistant United States Attorney
                NCSB #17696
                United States Attorney's Office
                Middle District of North Carolina
                101 S. Edgeworth St., 4th Floor
                Greensboro, NC 27401
                Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record:

Lisa S. Costner, Esq.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ FRANK J. CHUT, JR.
Assistant United States Attorney
NCSB #17696
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351