IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR16-2 |
| | : | |
| MARQUEZ TYRELL HOOKER | : | |

GOVERNMENT'S MOTION TO REVOKE CONDITIONS OF
DEFENDANT'S RELEASE

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully moves the Court, pursuant to Title 18, United States Code, Section 3148(b), for revocation of the conditions of release pending sentencing in this matter. In support of this motion, the United States advises the Court of the following:

On April 25, 2022, the federal grand jury sitting in Greensboro, North Carolina returned a superseding nine-count indictment against Defendant Marquez Tyrell Hooker, charging him with mail theft, in violation of 18 USC 1708; possession of falsely forged and altered postal money orders, in violation of 18 USC 500; possession of stolen Post Office key, in violation of 18 USC 1704; making, uttering and possessing counterfeit security, in violation of 18 USC 513(a). (Doc # 15). On June 1, 2022, Hooker appeared in the United States

District Court for the District of Northern Georgia and was served with the arrest warrant in this case. (Doc #54). Hooker was released on pre-trial release. His terms of release included that he not commit any offense in violation of federal, state, or local law, that he resided in the District of Maryland, and that he not leave the District of Maryland without the permission of his supervising probation officer. (Doc. #54).

On August 29, 2022, the federal grand jury returned a superseding indictment against Hooker further charging him with possession of a machine gun, in violation of 18 USC 922(o) and 924(a)(2). (Doc #38). On October 4, 2022, , Hooker pled guilty pursuant to a written plea agreement to Count One of the Superseding Indictment, mail theft, in violation of 18 USC 1708, and Count Nine, possession of a machine gun, in violation of 18 USC 922(o) and 924(a)(2). (Doc. #47). Sentencing was scheduled for February 22, 2023, and Hooker was allowed to remain on release on the same terms and conditions.

On December 12, 2022, the United States Probation Office filed a Notice of Apparent Violation of Conditions of Release in this matter noting that Hooker had been arrested in New Bern, North Carolina, along with his co-defendant in this case, Zarion Alford, and charged by the New Bern Police Department with felony possession of marijuana, felony possession with intent

2

to sell and deliver marijuana, felony conspiracy to sell marijuana, resist and delay an officer, and possession of drug paraphernalia. (Doc. # 54, the "Notice"). The Notice further stated that officers had attempted to stop a Dodge Durango operating on an expired registration. The driver fled from the officers in the Durango. New Bern Police officers later found the vehicle at which point the occupants, including Hooker and Alford, fled on foot. After a foot chase, Hooker was apprehended by New Bern Police Officers. Following a search incident to arrest, $1,826.00 and a key fob for a Dodge Durango were located on Hooker. Search of the Durango located 73 grams of marijuana, drug paraphernalia, checks made out to various individuals and businesses, multiple postal keys, and a bag full of mail from four different cities and states. (Doc. #54, p. 1-2) The Notice charges that Hooker violated the terms of his pre-trial release by committing state crimes and by leaving the District of Maryland without permission. (Doc. #54, p. 1-2). The Notice recommends that Hooker's release be revoked. (Doc. #54 p. 3).

WHEREFORE, the United States respectfully requests that the Court issue an Order for Hookers' arrest, set this motion for hearing at the earliest

possible time and enter any further orders as the Court may deem just and proper.

This the 19th day of December, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ FRANK JOSEPH CHUT, JR.
Assistant United States Attorney
NCSB # 17696
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Greensboro, NC  27401
Phone:  336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa S. Costner, Esq.

/S/ FRANK JOSEPH CHUT, JR.
Assistant United States Attorney
NCSB # 17696
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Greensboro, NC   27401
Phone:   336/333-5351