# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

MARQUEZ TYRELL HOOKER
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:22-cr-00016-TDS-2

| **Presiding Judge** | **Plaintiff's Attorney** | **Defendant's Attorney** |
|---|---|---|
| Judge Auld | Ashley Waid, AUSA | Lisa Costner, AFPD |
| **Hearing Date:** | **Court Reporter** | **Courtroom Deputy** |
| 12/21/2022 | Proceedings Recorded | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 12/21/2022 | | | Federal Agent, James Wilson (witness) |